IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARVEY L. ABRAMS,** : **CIVIL NO. 1:CV-07-2345** | |
| **Plaintiff** : | |
| v. : | |
| **SCHOOL DISTRICT OF PHILADELPHIA,** : | |
| **Defendant** : | |

## **O R D E R**

The captioned complaint was filed on January 2, 2008. The complaint does not list an address of Defendant, School District of Philadelphia. Without a proper address, this court cannot direct service of the complaint upon Defendant.

**IT IS THEREFORE ORDERED THAT** no later than January 18, 2008, Plaintiff shall file an amended complaint, complete in all respects, that lists the appropriate address for service upon Defendant. Failure to timely file an amended complaint will result in dismissal of this action.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated:  January 3, 2008.